**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eduardo MORALES–ARCE,**
**Defendant–Appellant.**

**No. 09–10485.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 10, 2011.*

Filed Jan. 24, 2011.

Adrian Paulino Fontes, Counsel, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Eduardo Morales–Arce, Big Spring, TX, pro se.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Eduardo Morales–Arce appeals from his guilty-plea conviction and 30–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Morales–Arce's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

